UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD EDGERTON,<br><br>            Plaintiff,<br><br>vs.<br><br>SCULPTOR CAPITAL MANAGEMENT, INC., MARCY ENGEL, DAVID BONANNO, WAYNE COHEN, JIMMY LEVIN, CHARMEL MAYNARD, and BHARATH SRIKRISHNAN,<br><br>            Defendants. | Case No.: 1:23-cv-07999-UA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Edward Edgerton ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 8, 2023

**OF COUNSEL**

Douglas Risen
Risen Law, LLC
1900 JFK Blvd., Suite 910
Philadelphia, PA 19103
Tel.: 215.204.2824
drisen@comcast.net

**BRODSKY & SMITH**

By: *Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*